UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GEORGE ANTHONY COLLIER<br>     LA. DOC # 350370 | CIVIL ACTION NO: 14-2686 |
| | SECTION P |
| VERSUS | |
| | JUDGE ROBERT G. JAMES |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [Doc. No. 1], is hereby **DENIED and DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 30th day of October, 2015.

*[signature]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE